UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:14CR269-FDW

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| **Plaintiff** | ) |
| 1. | ) |
| | ) **ORDER** |
| **RONALD DUBOSE CARR** | ) |
| Defendant | ) |

This **MATTER** is before the Court on its own motion to administratively close the case as to **RONALD DUBOSE CARR**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: July 7, 2015

Frank D. Whitney
Chief United States District Judge