UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14-cr-269 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| RONALD DUBOSE CARR | ) | |
| a/k/a Ronnie Carr | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice, and therefore the Bill of Indictment is ordered dismissed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

IT IS SO ORDERED.

Frank D. Whitney
Chief United States District Judge

1